

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GARY THOMPSON,                          )
                    Plaintiff,          )
                                        )       CASE NO.: 99-8102-CIV-MIDDLEBROOKS
        vs.                             )       MAGISTRATE JUDGE JOHNSON
                                        )
EXECUTIVE SECURITY AND                  )
ENGINEERING TECHNOLOGIES, INC.,         )
a District of Columbia corporation,     )
                                        )
                    Defendant           )
_____ )

## UNOPPOSED JOINT MOTION AND STIPULATION FOR
## SUBSTITUTION OF COUNSEL

The undersigned attorneys jointly move and stipulate that Jackson, Lewis, Schnitzler &

Krupman is substituted in as attorneys of record for Defendant, Executive Security and Engineering

Technologies, Inc., in place of David K. Markarian, P.A. We have contacted counsel for Plaintiff

who has advised us that he does not oppose this motion.

DATED on this _9th_ of April 1999.

1



Respectfully Submitted,

DAVID K. MARKARIAN, P.A.
Grove Forest Plaza
2937 Southwest 27th Avenue
Suite 104
Coconut Grove, Florida 33133
Telephone No.: (305) 443-1331

_____
David K. Markarian, Esq.
Florida Bar No.: 480691

JACKSON, LEWIS, SCHNITZLER & KRUPMAN
First Union Financial Center, Suite 2600
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 577-7600
Facsimile No.: (305) 373-4466

_____
David E. Block, Esq.
Florida Bar No.: 0108820

Attorneys for Defendant
EXECUTIVE SECURITY &
ENGINEERING TECHNOLOGIES, INC.

2